IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAMMUON EPPS and TANYA LEE )
GRIFFIN, individually and on behalf of )
their minor children K.E., D.E., K.E., )
D.E., K.E., L.E., and K.E., )
                                                       )
       Plaintiffs, )
                                                       )
v. ) CASE NO. 3:17-CV-758-WKW
                                                       ) (WO)
CHERRY JONES, STEPHANIE )
GILLISPIE, JUDY JOSEN, and )
KELDIN JONES, )
                                                       )
      Defendants. )

## **ORDER**

On November 6, 2017,[1] Plaintiffs filed a motion for emergency relief. (Doc. # 1.) On November 9, 2017, the court denied the motion and referred the action to the United States Magistrate Judge for further proceedings and determination or recommendation as may be appropriate. (Doc. # 3.) On November 27, 2017, Plaintiffs filed a notice of appeal. (Doc. # 4.) On November 29, 2017, Plaintiffs filed a petition for writ of Mandamus in the United States Court of Appeals for the Eleventh Circuit. (Doc. # 7.) On November 29, 2017, the Eleventh Circuit denied

---

[1] Plaintiffs' motion was received in the office of the Clerk of the Court on November 6, 2017 and docketed on November 9, 2017.

the petition for writ of mandamus. (Doc. # 8.) On December 12, 2017, the Eleventh Circuit dismissed the appeal for want of prosecution. (Doc. # 9.)

The denial of the emergency motion, the denial of the petition for writ of mandamus, and the dismissal of the appeal constituted a denial of all relief sought in the motion for emergency relief. Nothing else remains for adjudication.

Therefore, it is ORDERED that the referral of this action to the United States Magistrate Judge (*see* Doc. # 3)[2] is VACATED. Further, it is ORDERED that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 20th day of June, 2018.

                                              /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE

---

[2] Only the portion of the November 9, 2017 Order (Doc. # 3) referring this action to the Magistrate Judge is vacated. The November 9, 2017 Order is not vacated in any other respect.