IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAMMUON EPPS and TANYA LEE GRIFFIN, individually and on behalf of their minor children K.E., D.E.,  K.E., D.E., K.E., L.E., and K.E., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:17-CV-758-WKW (WO) |
| CHERRY JONES, STEPHANIE GILLISPIE, JUDY JOSEN, and KELDIN JONES, | ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of June, 2018.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE